## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Venus Cortes | BK NO. 16-05190 JJT
Debtor

Chapter 7

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of PNC MORTAGE, A DIVISION OF PNC BANK, NATIONAL ASSOCIATION, and index same on the master mailing list.

Respectfully submitted,

**/s/James C Warmbrodt, Esquire**
James C. Warmbrodt, Esquire
Thomas Puleo, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322 FAX (215) 627-7734
Attorney for Movant/Applicant